UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNA C. COLLIER, | CASE NO. C22-5472 BHS |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SMARTPAK EQUINE LLC, et al., | |
| Defendants. | |

This matter is before the Court on its own motion. Plaintiff Anna C. Collier sued Smartpak Equine LLC, Acavallo, and AmaHorse Trading SRL in June 2022, alleging that a bit designed, manufactured, and sold by the three companies malfunctioned while she was riding her horse, causing her to make an emergency dismount and sustain injuries. Dkt. 1. She asserts claims of negligence, strict liability, and "third party beneficiary,"[1] and seeks general and special damages. *Id.* ¶¶ 4.1–7.1.

---

[1] Collier asserts a "third party beneficiary" claim against AmaHorse Trading SRL. Dkt. 1, ¶¶ 6.1–6.2. This is not a viable cause of action; however, the Court reads it to mean that Collier asserts her other two claims, negligence and strict liability, against AmaHorse Trading SRL under the theory that she is a third-party beneficiary to the purchase and sale agreement between it and Acavello following Acavello's insolvency.

ORDER - 1

1     On August 24, 2022, the Court ordered the parties to file a joint status report by November 22, 2022. Dkt. 3. The parties have failed to do so, and nothing has happened in the case since July. Therefore, Collier is ORDERED to SHOW CAUSE why this action should not be DISMISSED without prejudice for failure to prosecute. She should do so in writing within 21 days. If she does not, the matter will be dismissed without further notice.

    Dated this 5th day of December, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge